# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00250-CV

**Ruben P. Chavez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27th JUDICIAL DISTRICT
### NO. 195,953-A, HONORABLE JOHN GAUNTT, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Ruben P. Chavez, an inmate, has filed a pro se notice of appeal from the district court's interlocutory order, dated March 9, 2015, denying what Chavez styled as a "notice of appeal." Based on our review of the limited record before us, Chavez's "notice of appeal" in the district court appears to seek relief in a proceeding involving the State's enforcement of Chavez's child-support obligations.

Appellate courts generally have jurisdiction over final judgments and interlocutory orders that the Texas Legislature has deemed appealable.[1] The interlocutory order at issue here is not among those that we are permitted to review.[2] On May 7, 2015, we notified appellant that no final judgment or appealable interlocutory order appeared in the record before us and requested

---

[1] *See* Tex. Civ. Prac. & Rem. Code §§ 51.012, .014; *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

[2] *See* Tex. Civ. Prac. & Rem. Code § 51.014.

appellant file a response by May 18, 2015, explaining why this Court has jurisdiction in this appeal. On June 4, 2015, we granted appellant's motion for extension of time, extending the deadline to file a response to June 15, 2015, and advised no further extensions would be granted.  To date, no response has been filed.  Accordingly, we dismiss this appeal for want of jurisdiction.[3]

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed for Want of Jurisdiction

Filed:   July 9, 2015

---

[3] *See* Tex. R. App. P. 42.3(a).